UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-10009-CR-ALTMAN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDER FRANCOIS,

    Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Government's Petition for Violation of Supervised Release (ECF No. 35). The Petition alleges that the Defendant violated the terms and conditions of supervised release by testing positive for marijuana on thirteen occasions between February 25 and May 1, 2026. A fourteenth violation alleges that the Defendant lied to Alere Toxicology Services (and hence to Probation) by denying that he was using marijuana. A hearing on the Petition was conducted by the undersigned on July 7, 2026, at which time the Defendant admitted to each of the alleged violations.

Accordingly, this Court having considered carefully the papers, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that the Petition for Violation of Supervised Release be GRANTED, and this matter be set for sentencing.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Roy K. Altman, United States District Judge.  Failure to file objections timely shall bar the parties from a <u>de novo</u> determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice.  <u>See</u> 28 U.S.C. § 636(b)(1); <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985); <u>Henley v. Johnson</u>, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1..

DONE AND SUBMITTED at Key West, Florida, 8th day of July, 2026.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

U.S. Probation (KW)