UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CR-10009-MARTINEZ**

UNITED STATES OF AMERICA

v.

ALEXANDER FRANCOIS,

Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the *Petition for Warrant or Summons for Offender Under Supervision* ("the Petition") filed by the United States Probation Office **[ECF No. 25]** on June 9, 2026.

**THE MATTER** was heard in front of Magistrate Judge Lurana S. Snow on July 7, 2026 **[ECF No. 36]**. A Report and Recommendation was filed on July 8, 2026, recommending that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 of the Petition be accepted **[ECF No. 37]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 37]** of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violations 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 of the Petition. Violations 1 through 13 charge the Defendant with violating the terms and conditions of supervised release by testing positive for marijuana on thirteen occasions between February 25 and May 1, 2026. Violation 14 charges the Defendant of lying to Alere Toxicology Services (and hence to the United States Probation Office) by denying that he was using marijuana. Therefore, Defendant has been found to have violated 13 mandatory conditions and one standard

condition of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, September 21, 2026, at 10:30 a.m.**, before the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, Courtroom 1, Key West, Florida 33040.

**DONE AND ORDERED** in Miami, Florida, this 24 day of July 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


cc:     all counsel of record
        U.S. Magistrate Judge Lurana S. Snow
        U.S. Probation Office